MADE JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WENDELL GRANT, JR., , et al.,<br><br>Defendants. | Case No.  CV 09-1317-GW(PLAx)<br><br>**ORDER TO DISMISS WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby ORDERED that this action is hereby dismissed without prejudice in its entirety.

IT IS SO ORDERED.

Dated: May 5, 2010

BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT

**ORDER TO DISMISS WITHOUT PREJUDICE**